IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HUNTER KILLER PRODUCTIONS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CLIFF WILCOX, et al.,<br><br>　　　　　Defendants. | **ORDER TO SHOW CAUSE RE: FAILURE TO TIMELY EFFECTUATE SERVICE AND LACK OF PROSECUTION**<br><br>Case No. 4:19-cv-00070-DN<br><br>District Judge David Nuffer |

　　　　Plaintiff initiated this action against Doe Defendants on September 3, 2019.[1] Plaintiff then filed an amended complaint on July 1, 2019, identifying the true name, location, and contact information of each Doe Defendant.[2] Since that time, over 4 months have passed and the only activity in the docket for the case has been the granting of a motion for extension of time for Plaintiff to serve the Defendants.[3]

　　　　The extended time for service expired March 31, 2020, and no proof of service or anything else has been filed regarding the Defendants. Therefore,

　　　　IT IS HEREBY ORDERED that by no later than Wednesday June 10, 2020, Plaintiff must file a report stating the status of the case and showing cause as to why this case should not be dismissed for failure to timely effectuate service and lack of prosecution. Plaintiff's status report must include a statement regarding Plaintiff's diligence in serving and pursuing its claims against each remaining Defendant since the amended complaint was filed. Plaintiff must also

---

[1] Complaint for Copyright Infringement and Jury Demand, docket no. 2, filed September 3, 2019.

[2] Amended Complaint for Copyright Infringement and Jury Demand, docket no. 9, filed Jan. 1, 2020.

[3] Ex Parte Motion for Extension of Time for Service Pursuant to FCRP 4(m), docket no. 15, filed Jan. 22, 2020; Order Granting Motion for Extension of Time for Service, docket no. 16, filed Jan. 27, 2020.

state its intent with regard to continued pursuit of its claims against each remaining Defendant, and its plans for moving this case to disposition as to each remaining Defendant.

    If Plaintiff fails to timely file a status report by Wednesday June 10, 2020, Plaintiff's amended complaint and this action shall be dismissed without prejudice for failure to timely effectuate service and lack of prosecution without further notice.

    Signed May 21, 2020.

BY THE COURT

_____
David Nuffer
United States District Judge