Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8538
Email: tzenger@durenip.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| HUNTER KILLER PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADEN, ET AL., <br><br> Defendants. | Civil Action No. 4:19-cv-00070-DN <br><br> Judge David Nuffer <br><br> **RESPONSE TO ORDER TO SHOW CAUSE: STATUS BRIEF AS TO EACH REMAINING DEFENDANT** |

Plaintiff, Hunter Killer Productions, Inc., by and through its counsel of record, hereby submits this status report regarding defendants in this civil action for copyright infringement. A number of defendants have been dismissed with and without prejudice. As to the remaining defendants, a table of each defendant, the date of service, and defendant status is provided as follows:

| **Defendant** | **Date Served** | **DEFENDANT STATUS** |
|---|---|---|
| Abdulkarim Aden | 03/14/2020 | Service Complete |
| Cliff Wilcox | 02/25/2020 | Settlement Pending |

Timely service of the amended complaint was completed on the date provided in the table above. If applicable, defendants with the Date Served "Waived" signed a waiver of service of summons. Service of process was emailed directly to counsel if authorized representation was made known to Plaintiff prior to service of process.

If applicable, defendants with the status "Service Complete" have received timely service of process but have not filed an answer to the Amended Complaint. Defendants with this status have either completely failed to respond to defendant's communications or failed to proceed with settlement discussions. Plaintiff intends on filing a motion for entry of default, while continuing attempts to settle, followed by a motion for default judgment for each defendant with this status.

If applicable, defendants with the status "Settlement Pending" are currently participating in, or are making a good faith effort towards, settlement negotiations. Plaintiff has granted defendants with this status an open-ended extension of time for responding to the summons during good faith settlement discussions. Plaintiff intends on continuing working with good faith attempts to reach settlement.

If applicable, defendants with the status "Settled" have reached a settlement agreement with Plaintiff. For defendants with this status, Plaintiff intends on filing with the court, appropriate action based on the agreement.

If applicable, defendants with the status "Service Failed" were not successfully served, despite good faith attempts by Plaintiff. For defendants with this status, Plaintiff intends on filing a motion to dismiss without prejudice.

If applicable, defendants with the status "Motion for Entry of Default filed via ECF [#]" have had motions for entry of default filed against them and are awaiting entry by the Clerk of

the court. Upon entry of default and while continuing attempts to settle, motions for default judgment will be filed for each defendant with this status.

If applicable, defendants with the status "Counsel" are represented by counsel. For defendants with this status, plaintiff is working with defendant's counsel in a continuing effort to reach a settlement. For counsel requesting discovery and/or refusing settlement discussions, defendant intends on proceeding with discovery.

Plaintiff intends on settling with or seeking default judgement on each remaining defendant.

DATED: June 10, 2020.

                DUREN IP

                By: /s/Todd E. Zenger
                     Todd E. Zenger

                Attorneys for Plaintiff

4

## CERTIFICATE OF SERVICE

A true and correct copy of this brief was served by first class mail (or via email to Counsel) as follows on June 10, 2020:

| NAME | ADDRESS |
|---|---|
| Abdulkarim Aden | 3471 S Hedron Pl Apt 601<br>West Valley City, UT 84119 |
| Cliff Wilcox | 5050 S Morning Dew Cir<br>Salt Lake City, UT 84123 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

　　　　　　/s/ Daniel J. Thomas